```
 1  DANIEL S. WEISS, ESQ. (SBN 91930)
    LAW OFFICES OF DANIEL S. WEISS
 2  2020 Hurley Way, Suite 210
    Sacramento, California  95825
 3  Telephone (916) 569-1610
    Facsimile (916) 569-1612
 4  e-mail: dweiss@danielweisslaw.com
 5  Attorney for PATTI GRANGER
 6
 7
 8
                    UNITED STATES BANKRUPTCY COURT
 9
                     EASTERN DISTRICT OF CALIFORNIA
10
11  In re:                          )   Case No. 11-31394-A-7
                                    )
12  PATTI L. GRANGER,               )
                                    )
13                                  )
          Debtor.                   )
14  _____  )
    MARY ABDALLAH, et al,           )   A.P. No. 13-02083-D
15                                  )
                                    )
16             Plaintiffs,          )   NOTICE OF APPEARANCE
                                    )   AS ATTORNEY FOR
17  vs.                             )   DEFENDNANT
                                    )   PATTI GRANGER AND
18  PATTI GRANGER                   )   REQUEST FOR SPECIAL NOTICE
                                    )
19             Defendant.           )   No Hearing Required
                                    )
20                                  )
    _____  )
21
22        TO THE CLERK OF THE COURT AND PLAINTIFF'S ATTORNEY:

23        PLEASE TAKE NOTICE that Daniel S. Weiss, of the Law Offices of Daniel S. Weiss,

24  hereby enters his Appearance for and on behalf of Defendant PATTI GRANGER.

25        PLEASE TAKE FURTHER NOTICE that Daniel S. Weiss hereby requests that copies of

26  all documents and notices filed, or served, or required to be served upon any of the parties, or

27  upon any trustee, or upon the U.S. Trustee, be sent to Daniel S. Weiss, at the mailing address and

28  / / / /
```

-1-

1  e-mail addresses listed at the top of this Notice, and that his name and address be added to the
2  Master Mailing List by the Clerk.

                                        LAW OFFICES OF DANIEL S. WEISS
                                        Attorney for Plaintiffs

Dated: April 11, 2013                By:       /s/ Daniel S. Weiss