1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re PATTI L GRANGER, <br><br> Debtor, | No. 11-31394 <br><br> Chapter 7 <br><br> Judge Robert S. Bardwil <br><br> Adversary Proceeding No. 13-02083 |
| MARY ABDALLAH, an individual, on her own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PATTI GRANGER and DOES 1 to 100 <br><br> Defendants. | **PROOF OF SERVICE** |

1.    My name is Ethan Preston. I am an attorney at law licensed to practice before all of the courts of the State of California. I am counsel of record for Plaintiff Mary Abdallah, and have personal knowledge of all of the facts set forth in this declaration.

2.    On March 18, 2013, I caused copies of (1) Mary Abdallah's adversary complaint against Patti Granger; (2) the civil cover sheet for said complaint; (3) the

reissued summons filed in this case on March 13, 2013; (4) the notice of availability of bankruptcy dispute resolution program filed in this case on March 12, 2013; (5) and the Court's order to confer entered on March 12, 2013 to be placed in the United States first class mail, postage prepaid, and sent to the following addresses below:

> Patti L Granger
> c/o Barbizon School of Sacremento, Inc.
> 2020 Hurley Way, Suite 225
> Sacramento, California 95825
>
> Patti L Granger
> c/o Daniel S. Weiss
> 2020 Hurley Way, Suite 210
> Sacramento, California 95825

The return date for the summons above was April 12, 2013. A true and correct copy of the certificate of service for this mailing is attached as Exhibit A.

3.    On April 4, 2013, I caused copies of (1) the adversary complaint against Patti Granger; (2) the civil cover sheet; (3) the reissued summons filed in this case on April 4, 2013; (4) the notice of availability of bankruptcy dispute resolution program filed in this case on March 12, 2013; (5) the order to confer on initial disclosures and setting deadlines filed in this case on March 12, 2013; (6) Mary Abdallah's request to waive service of a summons in this action; (7) one copy of the waiver of service; and (8) another copy inserted into a prepaid envelope addressed to Plaintiffs' counsel to be placed in the United States first class mail, postage prepaid, and sent to the address below:

> Patti L Granger
> c/o Barbizon School of Sacremento, Inc.
> 2020 Hurley Way, Suite 225
> Sacramento, California 95825

Abdallah's request for waiver of service indicated that if Granger executed and returned the waiver of service by May 4, Abdallah would not seek entry of default against Granger until June 4. A true and correct copy of the certificate of service for this mailing, as well as the request for waiver of service and copies of the

1 | waivers are attached as Exhibit B.

2 |     4.    Granger's counsel entered an appearance on April 12 (ECF No. 9).

3 |     5.    Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under

4 | the laws of the United States of America that the foregoing is true and correct.

6 | Dated: May 3, 2013    By: 
7 |     Ethan Preston

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# Exhibit A

25
26
27
28

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re PATTI L GRANGER,<br><br>Debtor, | No. 11-31394<br><br>Chapter 7<br><br>Judge Robert S. Bardwil |
| MARY ABDALLAH, an individual,<br>on her own behalf and on behalf of<br>all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATTI GRANGER and DOES 1 to<br>100<br><br>Defendants. | Adversary Proceeding No. 13-02083<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to 28 U.S.C. § 1746, I hereby certify that copies of (1) Mary Abdallah's adversary complaint against Patti Granger; (2) the civil cover sheet for said complaint; (3) the reissued summons filed in this case on March 13, 2013; (4) the notice of availability of bankruptcy dispute resolution program filed in this case on March 12, 2013; and (5) the order to confer on initial disclosures and setting deadlines filed in this case on March 12, 2013 were this date served upon the

parties below:

> Patti L Granger
> c/o Barbizon School of Sacremento, Inc.
> 2020 Hurley Way, Suite 225
> Sacramento, California 95825

and

> Patti L Granger
> c/o Daniel S. Weiss
> 2020 Hurley Way, Suite 210
> Sacramento, California 95825

pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1), (8) by causing a copy of the foregoing to be placed in the United States Mail, postage prepaid, and sent to their last known address as above.

Dated: March 18, 2013          By: _____

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*

# **CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1), (8) a copy of the foregoing document was this date served upon the parties below by causing a copy of the foregoing to be placed in the United States Mail, postage prepaid, and sent to their last known address as below:

Patti L Granger
c/o Barbizon School of Sacremento, Inc.
2020 Hurley Way, Suite 225
Sacramento, California 95825

and

Patti L Granger
c/o Daniel S. Weiss
2020 Hurley Way, Suite 210
Sacramento, California 95825

Dated: March 18, 2013          By: _____

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# Exhibit B

25
26
27
28

Exhibits to Declaration                                          No. 13-02083

1  David C. Parisi (162248)
   Suzanne Havens Beckman (188814)
2  PARISI & HAVENS LLP
   15233 Valleyheart Drive
3  Sherman Oaks, California 91403
   (818) 990-1299 (telephone)
4  (818) 501-7852 (facsimile)
   dcparisi@parisihavens.com
5  shavens@parisihavens.com

6  Ethan Preston (263295)
   PRESTON LAW OFFICES
7  8245 North 85th Way
   Scottsdale, Arizona 85259
8  (480) 269-9540 (telephone)
   (866) 509-1197 (facsimile)
9  ep@eplaw.us

   *Attorneys for Plaintiff Mary Abdallah*
10
            **IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
11
        **EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)**
12

| | |
|---|---|
| In re PATTI L GRANGER, | No. 11-31394 |
| Debtor, | Chapter 7 |
| | Judge Robert S. Bardwil |
| MARY ABDALLAH, an individual, on her own behalf and on behalf of all others similarly situated, | Adversary Proceeding No. 13-02083 |
| Plaintiff, | **NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS** |
| v. | |
| PATTI GRANGER and DOES 1 to 100 | |
| Defendants. | |

23  To:       Patti L Granger
             c/o Barbizon School of Sacremento, Inc.
24           2020 Hurley Way, Suite 225
             Sacramento, California 95825
25
26       **Why are you getting this?** A lawsuit has been filed against you, or the

27  entity you represent, in this court under the number shown above. A copy of the

28  complaint is attached. This is not a summons, or an official notice from the court.

---

Request for Waiver of Service of Process                                No. 13-02083

It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?** If you return the signed waiver, we will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (April 4, 2013) to answer the complaint. If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service. Please read the enclosed statement about the duty to avoid unnecessary expenses.

**You have already been properly served.** Federal Rule of Bankruptcy Procedure 7004(b)(1) permits service "by mailing a copy of the summons and complaint to . . . the place where the individual regularly conducts a business or profession." Under Rule 7004(b)(1), Plaintiff has properly served you by the summons and complaint to your address above. The Plaintiff is issuing this waiver to eliminate any disputes over this service. If you execute and return this waiver within thirty days after April 4, 2013, the Plaintiff will not seek entry of default until sixty days after April 4, 2013.

**Duty to Avoid Unnecessary Expenses of Serving a Summons.** Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

1   "Good cause" does not include a belief that the lawsuit is groundless, or that

2   it has been brought in an improper venue, or that the court has no jurisdiction over

3   this matter or over the defendant or the defendant's property.

4       If the waiver is signed and returned, you can still make these and all other

5   defenses and objections, but you cannot object to the absence of a summons or of

6   service.

7       If you waive service, then you must, within the time specified on the waiver

8   form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy

9   with the court. By signing and returning the waiver form, you are allowed more

10  time to respond than if a summons had been served.

11      **Certification.** I certify that this request is being sent to you on the date

12  below.

13

14  Dated: April 4, 2013               By: _____

                                 David C. Parisi (162248)

15                                   Suzanne Havens Beckman (188814)

                                 PARISI & HAVENS LLP

16                                   15233 Valleyheart Drive

                                 Sherman Oaks, California 91403

17                                   (818) 990-1299 (telephone)

                                 (818) 501-7852 (facsimile)

18                                   dcparisi@parisihavens.com

                                 shavens@parisihavens.com

19

20                                   Ethan Preston (263295)

                                 PRESTON LAW OFFICES

21                                   8245 North 85th Way

                                 Scottsdale, Arizona 85259

22                                   (480) 269-9540 (telephone)

                                 (866) 509-1197 (facsimile)

23                                   ep@eplaw.us

24                                   *Attorneys for Plaintiff Mary Abdallah*

25

26

27

28

Request for Waiver of Service of Process                            No. 13-02083

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re PATTI L GRANGER, | No. 11-31394 |
| Debtor, | Chapter 7 |
| | Judge Robert S. Bardwil |
| MARY ABDALLAH, an individual, on her own behalf and on behalf of all others similarly situated, | Adversary Proceeding No. 13-02083 |
| | **WAIVER SERVICE OF A SUMMONS** |
| Plaintiff, | |
| v. | |
| PATTI GRANGER and DOES 1 to 100 | |
| Defendants. | |

To:      David C. Parisi, PARISI & HAVENS LLP; and/or
         Ethan Preston, PRESTON LAW OFFICES

I have received your request to waive service of a summons in this action

along with a copy of the complaint, two copies of this waiver form, and a prepaid

means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons

Waiver of Service of Process                                                     No. 13-02083

1  and complaint in this case.

2      I understand that I, or the entity I represent, will keep all defenses or

3  objections to the lawsuit, the court's jurisdiction, and the venue of the action, but

4  that I waive any objections to the absence of a summons or of service.

5      I also understand that I, or the entity I represent, must file and serve an

6  answer or a motion under Rule 12 within 60 days from April 4, 2013, the date

7  when this request was sent. If I fail to do so, a default judgment will be entered

8  against me or the entity I represent.

9

10  Dated:_____     By: _____
                                    Signature

11
                                    _____
12                                  Printed name

13                                  _____

14
                                    _____
15                                  Address

16                                  _____
                                    E-mail address
17
                                    _____
18                                  Telephone number

19

20

21

22

23

24

25

26

27

28
_____
Waiver of Service of Process                          No. 13-02083

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)**

| | |
|---|---|
| In re PATTI L GRANGER, | No. 11-31394 |
| Debtor, | Chapter 7 |
| | Judge Robert S. Bardwil |
| MARY ABDALLAH, an individual, on her own behalf and on behalf of all others similarly situated, | Adversary Proceeding No. 13-02083 |
| Plaintiff, | **WAIVER SERVICE OF A SUMMONS** |
| v. | |
| PATTI GRANGER and DOES 1 to 100 | |
| Defendants. | |

To:      David C. Parisi, PARISI & HAVENS LLP; and/or
           Ethan Preston, PRESTON LAW OFFICES

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons

Waiver of Service of Process                                                     No. 13-02083

1  and complaint in this case.

2      I understand that I, or the entity I represent, will keep all defenses or
3  objections to the lawsuit, the court's jurisdiction, and the venue of the action, but
4  that I waive any objections to the absence of a summons or of service.

5      I also understand that I, or the entity I represent, must file and serve an
6  answer or a motion under Rule 12 within 60 days from April 4, 2013, the date
7  when this request was sent. If I fail to do so, a default judgment will be entered
8  against me or the entity I represent.

9
10  Dated:_____          By: _____
                                        Signature
11
12                                      _____
                                        Printed name
13
14                                      _____
15
16                                      Address
17                                      _____
                                        E-mail address
18
19                                      _____
                                        Telephone number
20
21
22
23
24
25
26
27
28

Waiver of Service of Process                                    No. 13-02083

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that, pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1), copies of the following documents to be placed in the United States first class mail, postage prepaid, and sent to their last known address as below:

> Patti L Granger
> c/o Barbizon School of Sacremento, Inc.
> 2020 Hurley Way, Suite 225
> Sacramento, California 95825

(1) the adversary complaint against Patti Granger; (2) the civil cover sheet for said complaint; (3) the reissued summons filed in this case on April 4, 2013; (4) the notice of availability of bankruptcy dispute resolution program filed in this case on March 12, 2013; (5) the order to confer on initial disclosures and setting deadlines filed in this case on March 12, 2013; (6) Mary Abdallah's request to waive service of a summons in this action; (7) one copy of the waiver of service; (8) another copy inserted into a prepaid envelope addressed to Plaintiffs' counsel; and (9) this certificate of service.

Dated: April; 4, 2013       By:

> David C. Parisi (162248)
> Suzanne Havens Beckman (188814)
> PARISI & HAVENS LLP
> 15233 Valleyheart Drive
> Sherman Oaks, California 91403
> (818) 990-1299 (telephone)
> (818) 501-7852 (facsimile)
> dcparisi@parisihavens.com
> shavens@parisihavens.com
>
> Ethan Preston (263295)
> PRESTON LAW OFFICES
> 8245 North 85th Way
> Scottsdale, Arizona 85259
> (480) 269-9540 (telephone)
> (866) 509-1197 (facsimile)
> ep@eplaw.us
>
> *Attorneys for Plaintiff Mary Abdallah*

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re PATTI L GRANGER, | No. 11-31394 |
| Debtor, | Chapter 7 |
| | Judge Robert S. Bardwil |
| MARY ABDALLAH, an individual, on her own behalf and on behalf of all others similarly situated, | Adversary Proceeding No. 13-02083 |
| | **CERTIFICATE OF SERVICE FOR PROOF OF SERVICE** |
| Plaintiff, | |
| v. | |
| PATTI GRANGER and DOES 1 to 100 | |
| Defendants. | |

Certificate of Service                                                      No. 13-02083

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of the foregoing document were this date served upon the parties below by causing a copy of foregoing documents to be placed in the United States first class mail, postage prepaid, and sent to their last known address as below:

Daniel S. Weiss
2020 Hurley Way, Suite 210
Sacramento, California 95825

*Attorney for Defendant Patti L Granger*

Dated: May 3, 2013                    By: _____

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85259
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Mary Abdallah*