# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Abdallah v. Granger | **Case No :** | 11-31394 - D - 7 |
| | | **Adv No :** | 13-02083 - D |
| | | **Date :** | 5-16-13 |
| | | **Time :** | 10:00 a.m. |

**Matter :**  [1] – (65 (Dischargeability – other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Complaint 13–02083 by Mary Abdallah against Patti L Granger. $293 Fee Not Paid (dpas)
[1] – Jury Demand Re: 1 Complaint Filed by Plaintiff Mary Abdallah (dpas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Plaintiff's Attorney – Ethan Preston
**Respondent(s) :**
   Defendant's Attorney – Daniel S. Weiss
   Defendant's Attorney – Peter Clinco

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the status conference is continued to July 11, 2013 at 10:00 a.m.

IT IS FURTHER ORDERED that the initial disclosures under Bankruptcy Rule 26 are due on or before May 31, 2013.

Dated:   May 17, 2013

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court